**Dismiss and Opinion Filed June 17, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00685-CV

## IN RE TRUE HEALTH DIAGNOSTICS, LLC, AND JEFFREY P. "BOOMER" CORNWELL, Relators

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-01046-2015**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Whitehill
Opinion by Justice Evans

By unopposed motion dated June 16, 2015 relators True Health Diagnostics, LLC and

Jeffery P. "Boomer" Cornwell seek the dismissal of their petition for writ of mandamus because

real parties in interest have non-suited the proceeding from which the petition for writ of

mandamus arose. As a result of the non-suit of the proceeding underlying this petition for writ of

mandamus, the petition for writ of mandamus is now moot. *See In re Kellogg Brown & Root,*

*Inc.,* 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a

controversy ceases to exist between the parties at any stage of the legal proceedings."); *State Bar*

*of Tex. v. Gomez,* 891 S.W.2d 243, 245 (Tex. 1994) (orig. proceeding) (controversy is justiciable,

if real controversy exists between parties that will be actually resolved by judicial relief sought).

We dismiss the petition for lack of jurisdiction.


/David Evans/
DAVID EVANS
JUSTICE


150685F.P05